_David R Ambrose II_
Name

_____

Mailing address

_907-251-1732_
Telephone

RECEIVED

JUN 04 2021

Clerk, U.S. District Court
Fairbanks, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

_David R Ambrose II_ ,
(Full name of plaintiff in this action)

**Plaintiff,**

vs.

_Facebook_ ,

_____ ,

_____ ,

_____ ,
(Full names of ALL defendant(s) in this action.
Do NOT use *et al.*)

**Defendant(s).**

Case No. **4:21-cv-00011-TMB**
(To be supplied by the Court)

PRO SE COMPLAINT

for/under

_1st Amendment_
(Type of complaint)

## A. Jurisdiction

Jurisdiction in the United States District Court for the District of Alaska is invoked under:

_28 U.S. Code § 1331 Federal Question._

PS22

**B. Parties**

1. The Plaintiff is _David R. Ambrose II_, who presently
(Print Name)
resides at _1041 grace Ave Northpole AK_.
(Address)

2. Defendants:

Defendant No. 1, _Facebook_, is a
(Name)
citizen of_____, who works as a
(City/State)
_____for_____.
(Job Title, if applicable)                              (Employer/agency, if applicable)

Defendant No. 2,_____, is a
(Name)
citizen of_____, who works as a
(City/State)
_____for_____.
(Job Title, if applicable)                              (Employer/agency, if applicable)

Defendant No. 3,_____, is a
(Name)
citizen of_____, who works as a
(City/State)
_____for_____.
(Job Title, if applicable)                              (Employer/agency, if applicable)
(City and State)

Defendant No. 4,_____, is a
(Name)
citizen of_____, who works as a
(City/State)
_____for_____.
(Job Title, if applicable)                              (Employer/agency, if applicable)

Defendant No. 5,_____, is a
(Name)
citizen of_____, who works as a
(City/State)
_____for_____.
(Job Title, if applicable)                              (Employer/agency, if applicable)

**C. Causes of Action** (Briefly describe the **facts** you consider important to each claim.
State what happened **clearly** and **briefly**, in your **own words**. DO NOT cite legal authority
or argument. Be certain to describe exactly what each defendant, **by name**, did to support
each claim for relief.)

2                                    COMPLAINT

**Claim 1:** On or about _Ongoing_ , _____
<br>(Date or Period of Time)       (Supporting facts)

Facebook is involved in activity interrupting freedom of speech.

<u>Claim 2</u>: On or about_____, _____
                          (Date or Period of Time)                (Supporting facts)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4                                          COMPLAINT

<u>Claim 3</u>: On or about_____, _____
                                        (Date or Period of Time)                          (Supporting facts)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5                                                        COMPLAINT

**D. Request for Relief**

Plaintiff requests that this court grant the following relief:

1. Damages in the amount of $ _____

2. Punitive damages in the amount of $_____

3. An order requiring defendant(s) to _____

_____

_____

4. A declaration that_____

_____

_____

5. Other: _Ownership_____

_____

_____

Plaintiff demands a trial by_____Jury___✗____Court. (Choose one)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above complaint and that the information contained in the complaint is true and correct.

_David W. Ambrose_____
**Plaintiff's Original Signature**

_David Ralph Ambrose II_____
(Plaintiff's Full Name)

Executed at _US district court Fairbanks AK_ on _6-4-2021_____
(Location)                                          (Date)

6                                              COMPLAINT