# UNITED STATES DISTRICT COURT
for the

District of Alaska

| | | |
|---|---|---|
| DAVID R. AMBROSE, II, *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 4:21-cv-00011-TMB |
| FACEBOOK, *Defendant* | ) ) ) | |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT Mr. Ambrose has not filed an Amended Complaint, nor a Notice of Voluntary Dismissal. This case is DISMISSED WITH PREJUDICE for failure to prosecute under Federal Rule of Civil Procedure 41(b).

APPROVED:

**s/Timothy M. Burgess**
Timothy M. Burgess
United States District Judge

Date: October 12, 2021

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*